UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. GILBERTI, PE, A LICENSED
PROFESSIONAL ENGINEER IN THE
STATE OF FLORIDA,

                        Plaintiff,

          -against-

POPE LEO XIV (ROBERT FRANCIS
PREVOST), ET AL.,

                    Defendants.

26cv1575 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 19, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 24, 2026
           New York, New York

                           /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                    Chief United States District Judge